98

United States District Court
Southern District of Texas
ENTERED

JUN 0 8 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 5 1998

Michael N. Milby, Clerk

| | |
|---|---|
| ISAAC PASOL<br>Plaintiff,<br><br>VS.<br><br>MIGDALIA LOPEZ, ET AL.,<br>Defendants. | §<br>§<br>§<br>§ CIVIL ACTION NO. B-97-078<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

Before this Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of May 18, 1998 should be **ADOPTED**.

Further, the Plaintiff's Motion to "Request Transfer the Civil Action B-97-078 to Another District Court in Which Don't Work Magistrate John Wm. Black for the Reasons Stated in the Previous Motions Filed" should be and is hereby **DENIED**.

Done this 5th day of June, 1998, in Brownsville, Texas.

Filemon B. Vela
United States District Judge