| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
FILED
AUG 12 1998
Michael N. Milby, Clerk of Court

| | Recusal Order | CASE NUMBER CA B-97-78 |
|---|---|---|
| STYLE | Pasol v. Lopez | |
| Order | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated. | |

United States District Court
Southern District of Texas
ENTERED
AUG 14 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

*Signed:*

_[signature]_

United States District Judge

Date: August 12, 1998

| REASSIGNMENT | This case is reassigned to: |
|---|---|
| | |

MICHAEL N. MILBY
United States District Clerk

*By:*

Deputy Clerk