1

102

United States District Court
Southern District of Texas
ENTERED

AUG 18 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

AUG 17 1998

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISAAC PASOL | * | |
| Plaintiff | * | |
| | * | |
| | * | CIVIL ACTION NUMBER |
| V | * | B-97-078 |
| | * | |
| MIGDALIA LOPEZ, | * | |
| ET AL, | * | JURY REQUESTED |
| Defendant | * | |

---

### ORDER GRANTED ISAAC PASOL NOTICE TO APPEAL AND MOTION TO APPEAL.

Before the Court is Isaac Pasol's Motion to Appeal and Notice to Appeal, on the above reference cause of action. After a de novo review of the above Motion and Notice, it is the opinion of this Court that the above Motion and Notice shall be GRANTED.

Done on this 17 day of AUGUST 1998.

_____
Judge